IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY J LAFAVORS,

    Plaintiff,

v.                                           CASE NO. 4:11-cv-00007-MP-WCS

CLASSIFICATION PERSONEL, SECRETARY DEPARTMENT OF CORRECTIONS, DUANE SPEARS, JOYCE SWAIN,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's Second Amended Complaint be dismissed without prejudice for failure to comply with a court order or to prosecute this case. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 14, is ACCEPTED and incorporated herein.

2. Plaintiff's second amended complaint, Doc. 11, is DISMISSED without prejudice.

**DONE AND ORDERED** this   *28th* day of July, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge